**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lonnie CHRISTENSEN, Defendant— Appellant.**

**No. 03–16336.**

**D.C. No. CR–95–00074–LDG.**

United States Court of Appeals, Ninth Circuit.

Dec. 23, 2004.

Robert E. Lindsay, Alan Hechtkopf, Attorney, James M. Malone, U.S. Department of Justice Tax Division/Appellate Section, Washington, DC, for Plaintiff–Appellee.

Marcia G. Shein, Decatur, GA, for Defendant–Appellant.

Before O'SCANNLAIN, COWEN,* and BEA, Circuit Judges.

ORDER

By Memorandum Disposition filed simultaneously with this order, the Court denied appellant's motion for bond pending appeal. Accordingly, counsel's subsequent motion to withdraw, without prejudice, motion for bond pending the outcome of the appeal is DENIED AS MOOT.